UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO._____

CITY MIDDLE, LLC,

       Plaintiff,

v.

1691 MICHIGAN AVE INVESTMENT LP,

and

1691 MICHIGAN AVE INVESTMENT GP LLC,

       Defendants.

## DEFENDANTS' NOTICE OF REMOVAL

Defendants 1691 Michigan Ave Investment LP and 1691 Michigan Ave Investment GP LLC ("Defendants") file this Notice of Removal of this action from the Circuit Court of the Eleventh Judicial District in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 on the basis of the following facts, which show that this case may be properly removed to this Court:

1. Plaintiff City Middle, LLC ("Plaintiff") commenced this action on February 19, 2016, by filing its Complaint in the Circuit Court of the Eleventh Judicial District in and for Miami-Dade County, Florida.

2. Plaintiff's Complaint was served on Defendants on February 26, 2016. *See* Exs. A-B (Civil Action Summonses) at 1.

3. As more fully set forth below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because there is complete diversity of citizenship between the parties, the amount in controversy exceeds $75,000, and Defendants have satisfied the procedural requirements for removal.

4. By filing this Notice of Removal, Defendants do not waive any defenses that might be available to them.

## DIVERSITY OF CITIZENSHIP

5. There is complete diversity of citizenship between the parties to the above-captioned action because this is a controversy between citizens of different states (and/or foreign states) under 28 U.S.C. § 1332(a)(1):

    a. Plaintiff City Middle, LLC is a Florida limited liability company with its principal place of business in Florida. *See* Ex. C (Complaint) ¶ 10; Ex. D (City Middle LLC 2016 Annual Report) at 1. Upon information and belief, Plaintiff City Middle, LLC's sole member is Mr. Glenn R. Boyer, a Florida resident. *See* Compl. ¶ 29; Ex. E (City Middle LLC Electronic Articles of Organization) at 2.

    b. Defendant 1691 Michigan Ave Investment LP is a Delaware limited partnership with its principal place of business in New York. *See* Ex. F (1691 Michigan Ave Investment LP Certified Corporate Documents) at 2. Defendant 1691 Michigan Ave Investment LP's sole general partner is Defendant 1691 Michigan Ave Investment GP LLC, a Delaware limited liability company with its principal place of business in New York. *See* Ex. F at 2; Ex. J (1691 Michigan Ave Investment LP Certified Corporate Documents) at 2.

Defendant 1691 Michigan Ave Investment LP's sole limited partner is American Fund US Investments LP, a Delaware limited partnership with its principal place of business in New York. *See* Ex. G (American Fund US Investments LP Certified Corporate Documents) at 3. In turn, American Fund US Investments LP's sole general partner is American Fund US Investments GP LLC, a Delaware limited liability company with its principal place of business in New York. *See* Ex. H (American Fund US Investments GP LLC Certified Corporate Documents) at 2. In turn, American Fund US Investments GP LLC's sole member is TRIUVA Kapitalverwaltungsgesellschaft mbH, a German limited liability company with its principal place of business in Frankfurt am Main, Germany. *See* Ex. I (TRIUVA Kapitalverwaltungsgesellschaft mbH Article of Incorporation).

c.  Defendant 1691 Michigan Ave Investment GP LLC is a Delaware limited liability company with its principal place of business in New York. *See* Ex. F at 2; Ex. J at 2. Defendant 1691 Michigan Ave Investment GP LLC's sole member is American Fund US Investments LP, a Delaware limited partnership with its principal place of business in New York. *See* Ex. G at 3. In turn, American Fund US Investments LP's sole general partner is American Fund US Investments GP LLC, a Delaware limited liability company with its principal place of business in New York. *See* Ex. H at 2. In turn, American Fund US Investments GP LLC's sole member is TRIUVA Kapitalverwaltungsgesellschaft mbH, a German limited liability company with its principal place of business in Frankfurt am Main, Germany. *See* Ex. I.

    d.    Thus, Plaintiff City Middle, LLC is a citizen of Florida, while Defendants 1691 Michigan Ave Investment LP and 1691 Michigan Ave Investment GP LLC are citizens of Delaware, New York, and Germany.

## AMOUNT IN CONTROVERSY

6. Plaintiff alleges that it incurred expenses of "approximately $145,000+" in connection with the circumstances upon which its Complaint is based. Compl. ¶ 108.

7. Plaintiff further asserts a claim for declaratory relief in which it requests, among other things, a declaration of the full force and effect of a lease between the parties providing for an annual base rent between $150,000.00 and $207,635.08. Compl. ¶ 191.

8. Accordingly, the amount in controversy in this matter exceeds $75,000.

## PROPRIETY OF REMOVAL

9. Pursuant to 28 U.S.C. § 1441(a), this is a civil action over which the United States District Court has original jurisdiction because there is complete diversity of citizenship between the parties and the amount in controversy exceeds the requirement provided in 28 U.S.C. § 1332(a).

10. This Notice of Removal is being filed within thirty (30) days after Defendants were served with a copy of the Complaint.

11. Venue lies in the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. § 1441(a), because the Circuit Court of the Eleventh Judicial District in and for Miami-Dade County, Florida is located within the Southern District of Florida, Miami Division. Venue, therefore, is proper in this Court because it is the "district and division within which such action is pending." 28 U.S.C. § 1441(a).

## CONCLUSION

12.     For all the reasons stated herein, this action is removable to this Court pursuant to 28 U.S.C. §§ 1441 and 1446, and this Court may exercise jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

13.     Pursuant to 28 U.S.C. § 1446(a), true and exact copies of all process, pleadings, and orders served on Defendants in the above-captioned action are attached as Exhibits A-C. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Plaintiff, and a copy is being filed with the clerk of the Circuit Court in and for Miami-Dade County, Florida

WHEREFORE, Defendants 1691 Michigan Ave Investment LP and 1691 Michigan Ave Investment GP LLC respectfully request that this action be removed from the Circuit Court of the Eleventh Judicial District in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division, pursuant to 28 U.S.C. §§ 1332 and 1441.

Respectfully submitted this 18th day of March, 2016.

By:     s/ Lyle S. Shapiro
Lyle E. Shapiro (FBN: 0120324)
lshapiro@richmangreer.com
**RICHMAN GREER, P.A.**
396 Alhambra Circle
North Tower, 14th Floor
Miami, Florida 33134
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

>Paul A. Straus
>David A. Joffe
>**KING & SPALDING LLP**
>1185 Avenue of the Americas
>New York, NY 10036
>Tel: 212.556.2100
>Fax: 212.556.2222
>*(Pro Hac Motion to Be Filed)*
>ATTORNEYS FOR DEFENDANTS 1691 MICHIGAN AVE INVESTMENT LP AND 1691 MICHIGAN AVE INVESTMENT GP LLC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2016, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the Master Service List, either via transmission of Noticed of Electronic filing generated by CM/EC or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

>By:   *s/ Lyle S. Shapiro*
>Lyle E. Shapiro (FBN: 0120324)

**MASTER SERVICE LIST**

City Middle, LLC v. 1691 Michigan Ave. Investment LP, et al.,
Case No. _____

United States District Court
Southern District of Florida

Via U.S. Mail and E-mail

E.J. Generotti, Esq.
FRANK, WEINBERG & BLACK, P.L.
7805 SW 6th Court
Plantation, FL 33324
Telephone: 954.474.8000
Facsimile: 954.474.9850
E-mail:egenerotti@fwblaw.net
*Counsel for Plaintiff City Middle, LLC*